Brianna K. Pierce (CA Bar No. 336906)
**DYNAMIS LLP**
100 Bayview Circle
Newport Beach, CA 92660
Tel: (617) 802-9157
Email: bpierce@dynamisllp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HECTOR RODRIGUEZ, SETH ABNER, and HECZ, LLC,<br><br>Plaintiffs,<br>v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>Defendant. | CASE NO. 2:24-CV-01287-PA-MAA<br><br>**STIPULATION TO STAY CASE** |

WHEREAS, on October 6, 2023, Defendant Activision Blizzard, Inc. ("Defendant") filed a Request for Arbitration in the International Court of Arbitration against Plaintiff Hector Rodriguez (the "Rodriguez Arbitration") seeking a declaration that certain claims threatened by Hector Rodriguez and his affiliates were subject to confidential arbitration and had been released;

WHEREAS, on January 29, 2024, Defendant filed a Request for Arbitration in the International Court of Arbitration against Seth Abner (the "Abner Arbitration"), and further filed a request for joinder of HECZ, LLC to Rodriguez Arbitration;

WHEREAS, on February 15, 2024, Plaintiffs Hector Rodriguez, Seth Abner, and HECZ, LLC (collectively, "Plaintiffs") filed a complaint in this action for purported claims under the Sherman Act and various state laws, all of which Defendant contends are factually and legally meritless;

WHEREAS, Defendant has advised Plaintiffs of Defendant's intent to move to compel arbitration of Plaintiff's claims in this action pursuant to the arbitration provisions in certain agreements between the parties; and

WHEREAS, Plaintiffs dispute that their claims are subject to arbitration but have agreed, to spare the expense of costly and lengthy litigation on jurisdictional issues of formation, enforceability, validity, and/or arbitrability as to the relevant arbitration provisions, to submit those jurisdictional issues for determination by the Arbitral Tribunals in the Rodriguez Arbitration (with respect to the claims asserted by Hector Rodriguez and HECZ, LLC) and the Abner Arbitration (with respect to the claims asserted by Seth Abner).

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Counsel for Defendant accepts service of the Complaint on behalf of Defendant, and service is deemed effective when the Court enters an order approving this Stipulation. Defendant expressly reserves all rights, defenses, or other objections other than insufficient process or insufficient service of process.

2. The parties agree that the Arbitral Tribunals shall decide by final and binding arbitration all questions of formation, enforceability, and validity of the relevant arbitration provisions and all questions concerning the arbitrability of Plaintiffs' claims in this action.

3. Plaintiffs expressly reserve all rights, defenses, objections, and arguments as to the questions of formation, enforceability, and/or validity of the relevant arbitration provisions and/or the questions arbitrability of Plaintiffs' claims and—without any prejudice to or waiver of those rights, defenses, objections, and arguments—agree to delegate those issues for final and binding decision by the Arbitral Tribunals. Defendant expressly reserves all rights, claims, and remedies in connection with its contention that Plaintiffs filed this action in breach of the arbitration and confidentiality provisions of the relevant agreements.

4. In the interest of efficiency and judicial resources, the parties agree to stay this action until the Arbitral Tribunals have decided the foregoing jurisdictional issues, and the parties respectfully request that the Court approve and so-order this stipulation.

5. The parties will provide a status report to the Court within 14 days of the Arbitral Tribunals' rulings on jurisdiction.

Dated: March 1, 2024

*/s/ Brianna K. Pierce*
Brianna K. Pierce (CBN 336906)
**DYNAMIS LLP**
100 Bayview Circle
Newport Beach, CA 92660
Email: bpierce@dynamisllp.com

*Attorney for Plaintiffs*

Dated: March 1, 2024

*/s/ Robert N. Klieger*
John C. Hueston (164921)
Robert N. Klieger (192962)
Joseph A. Reiter (294976)
**HUESTON HENNIGAN LLP**
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Email: jhueston@hueston.com
   rklieger@hueston.com
   jreiter@hueston.com

*Attorney for Defendant*

STIPULATION